IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DOUGLAS WAYNE BLACK**                                                      **PLAINTIFF**

**V.**                     **CASE NO. 5:17-CV-05253**

**CORPORAL JERRY RILEY;**
**and CORPORAL TAYLOR**                                             **DEFENDANTS**

## OPINION AND ORDER

Plaintiff has filed this case pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. When he filed the case, Plaintiff was incarcerated in the Washington County Detention Center ("WCDC").

On March 15, 2018, mail sent by the Court to the Plaintiff at the WCDC was returned as undeliverable with a notation that Plaintiff was no longer at the facility. When filing this case, Plaintiff was specifically advised that he was required to immediately inform the Court of any changes in his address. The Order stated:

> Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of his new address.** Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. **Failure to inform the Court of an address change shall subject this case to dismissal.**

(Doc. 3) (emphasis in original). Rule 5.5 (c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas also requires a *pro se* party to keep the Court and opposing counsel informed of his current address.

More than thirty (30) days have passed since mail sent to Plaintiff was returned as undeliverable, and, to date, no new address for Plaintiff has been provided to the Court. On March 21, 2018, March 26, 2018, and April 16, 2018, mail was also returned from the WCDC as undeliverable with a notation that Plaintiff was no longer at the facility.

Plaintiff has not filed anything with the Court since he filed his Amended Complaint (Doc. 11) on February 15, 2018. Plaintiff has not notified the Court of any change in his address. The Court has not had a valid address for the Plaintiff since March 15, 2018.

Therefore, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 23rd day of April, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE